IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DERRICK MAURICE BURNETT, SR., | ) | NO.: 18-41518-BEM |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | |

OBJECTION TO CONFIRMATION

COMES NOW Arvest Central Mortgage Company (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 70 Brookvalley Commons, Dallas, GA 30157 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 Plan (Doc. No. 2) (the "Plan").

1.

This Chapter 13 case was filed on July 2, 2018. Debtor, Derrick Maurice Burnett, Sr., filed a prior case, 17-40730 on March 27, 2017, which was dismissed on June 7, 2017 for Debtor's failure to make plan payments. Debtor, Derrick Maurice Burnett, Sr., filed a second prior case, 16-42585 on October 28, 2016, which was dismissed on March 23, 2017 for Debtor's failure to make plan payments. Derrick Burnett Jr. filed a prior case also affecting the subject property, 18-40252 on February 5, 2018, which was dismissed on April 26, 2018 for failure to make plan payments. Derrick Burnett Jr. filed a second prior case, 17-42285 on September 29, 2017, which was dismissed on January 4, 2018 for failure to comply with the Court. These repeat filings are abusive, evidence bad faith, and warrant denial of confirmation.

2.

Debtor's Plan underestimates the pre petition arrearage amount owed to Creditor as $17,787.00. The actual pre petition arrearage amount owed to Creditor is approximately $22,831.64.

3.

Creditor reserves the right to raise the failure of Debtor to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation,

2. award reasonable attorney's fees, and

3. grant such other and further relief as is just and equitable.

/s/Heather D. Bock
Heather D. Bock
GA BAR NO. 122806
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-281-6444
Heather.Bock@mccalla.com

| | |
|---|---|
| In Re:<br><br>    Derrick Maurice Burnett, Sr. | Bankruptcy Case No.:   18-41518-BEM<br><br>Chapter:   13<br><br>Judge   Barbara Ellis-Monro |

CERTIFICATE OF SERVICE

    I, Heather D. Bock, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age;

    That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Derrick Maurice Burnett, Sr.
70 Brookvalley Commons
Dallas, GA 30157

Howard P. Slomka                          *(served via email at se@myatllaw.com)*
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Mary Ida Townson, Trustee              *(served via email)*
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/29/2018   By:   */s/Heather D. Bock*
                     (date)             Heather D. Bock
                                         Georgia BAR NO. 122806
                                         Attorney for Creditor